NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID GROBER, VOICE INTERNATIONAL, INC.,**
*Plaintiffs-Appellants*

v.

**MAKO PRODUCTS, INC.,**
*Defendant-Appellee*

**AIR SEA LAND PRODUCTIONS, INC.,
CINEVIDEOTECH, INC., SPECTRUM EFFECTS,
INC., BLUE SKY AERIALS, INC., DOES 1-10,**
*Defendants*

---

2017-1507

---

Appeal from the United States District Court for the Central District of California in No. 2:04-cv-08604-JZ-DTB, Judge Jack Zouhary.

---

**JUDGMENT**

---

ROBERT J. LAUSON, Lauson & Tarver, LLP, El Segundo, CA, argued for plaintiffs-appellants. Voice International, Inc. also represented by JON HOKANSON, Lewis Brisbois Bisgaard & Smith LLP, Los Angeles, CA.

DAVID LIETZ, Varnell & Warwick, PA, Lady Lake, FL, argued for defendant-appellee. Also represented by BRIAN W. WARWICK.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td><u>December 6, 2018</u></td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>